

**SO ORDERED,**

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: April 10, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  
EDDIE B. BATES, JR.

CASE NUMBER 25-00216-KMS

## AGREED ORDER

**THIS MATTER** having come on for consideration on the Objection to Confirmation [Dkt #19] filed by 21st Mortgage Corporation ("21st Mortgage"), and the Court having considered the objection and being fully advised in the premises, does hereby find and Order as follows:

**THAT** 21st Mortgage's Objection stated that Debtor's plan does not propose to pay ongoing escrow payments for taxes and insurance as provided for in the Contract.

**THAT** Debtor's original plan [Dkt #2] mistakenly stated that Debtor's payment to 21st Mortgage in the amount of $679.00 per month did not include escrow.

**THAT** Debtor has filed an amended plan [Dkt #23] that correctly states that Debtor's payment to 21st Mortgage in the amount of $679.00 per month does include escrow. If escrow payments change, 21st Mortgage will give notice of such fact to Debtor, with a copy to Debtor's attorney.

**THAT** Debtor shall continue to make payments to 21st Mortgage in accordance with his amended plan.

**THAT** Debtor's plan shall be and is hereby amended to pay 21st Mortgage attorneys' fees and court costs in the amount of $400.00 which shall be paid over the remaining term of the plan. The Chapter 13 Trustee shall amend the wage order as needed to comply with the terms of this Agreed Order.

**THAT** entry of this order shall constitute the entry of final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the Federal Rules of Civil Procedure and shall be applicable to any ~~subsequent case filed by the Debtor under the Bankruptcy Code~~ or conversion of this case to any other Chapter under the Bankruptcy Code.

KMS

#End of Order#

AGREED AND APPROVED:

_____
Edward E. Lawler, Jr.
Attorney for 21st Mortgage

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.
Attorney for Debtor

/s/Samuel J. Duncan, Atty for
David Rawlings
Chapter 13 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                           CASE NUMBER 25-00216-KMS
EDDIE B. BATES, JR.


Movant's attorney:    Edward E. Lawler, Jr.
                      Mississippi Bar No. 1095
                      Post Office Box 2488
                      Ridgeland, MS 39158-2488
                      (601) 572-8778
                      email: elawler@mckaylawler.com

Debtor's attorney:    Thomas Carl Rollins, Jr.
                      Mississippi Bar No. 103469
                      The Rollins Law Firm, PLLC
                      774 Avery Blvd, Ste D
                      Ridgeland, MS 39157
                      (601) 500-5533
                      Email: trollins@therollinsfirm.com

Trustee:              David Rawlings
                      Post Office Box 566
                      Hattiesburg, MS 39403
                      (601) 582-5011
                      Email: ecfnotices@rawlings13.net

TFMTG-B1854