United States Bankruptcy Court
Southern District of Mississippi

In re: Eddie B Bates, Jr.
Debtor

Case No. 25-00216-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 1
Date Rcvd: Apr 10, 2025     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Eddie B Bates, Jr., 4601 D County Farm Rd, Liberty, MS 39645-8118 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 12, 2025     Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Edward E. Lawler, Jr. | on behalf of Creditor 21st Mortgage Corporation elawler@mckaylawler.com kfriday@mckaylawler.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Eddie B Bates Jr. trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4



SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: April 10, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  
EDDIE B. BATES, JR.

CASE NUMBER 25-00216-KMS

### AGREED ORDER

**THIS MATTER** having come on for consideration on the Objection to Confirmation [Dkt #19] filed by 21st Mortgage Corporation ("21st Mortgage"), and the Court having considered the objection and being fully advised in the premises, does hereby find and Order as follows:

**THAT** 21st Mortgage's Objection stated that Debtor's plan does not propose to pay ongoing escrow payments for taxes and insurance as provided for in the Contract.

**THAT** Debtor's original plan [Dkt #2] mistakenly stated that Debtor's payment to 21st Mortgage in the amount of $679.00 per month did not include escrow.

**THAT** Debtor has filed an amended plan [Dkt #23] that correctly states that Debtor's payment to 21st Mortgage in the amount of $679.00 per month does include escrow. If escrow payments change, 21st Mortgage will give notice of such fact to Debtor, with a copy to Debtor's attorney.

**THAT** Debtor shall continue to make payments to 21st Mortgage in accordance with his amended plan.

**THAT** Debtor's plan shall be and is hereby amended to pay 21st Mortgage attorneys' fees and court costs in the amount of $400.00 which shall be paid over the remaining term of the plan. The Chapter 13 Trustee shall amend the wage order as needed to comply with the terms of this Agreed Order.

**THAT** entry of this order shall constitute the entry of final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the Federal Rules of Civil Procedure and shall be applicable to any ~~subsequent case filed by the debtor under the Bankruptcy Code or~~ conversion of this case to any other Chapter under the Bankruptcy Code.

KMS

#End of Order#

AGREED AND APPROVED:

_____
Edward E. Lawler, Jr.
Attorney for 21st Mortgage

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.
Attorney for Debtor

/s/Samuel J. Duncan, Atty for
David Rawlings
Chapter 13 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  
EDDIE B. BATES, JR.

CASE NUMBER 25-00216-KMS

| | |
|---|---|
| Movant's attorney: | Edward E. Lawler, Jr.<br>Mississippi Bar No. 1095<br>Post Office Box 2488<br>Ridgeland, MS 39158-2488<br>(601) 572-8778<br>email: elawler@mckaylawler.com |
| Debtor's attorney: | Thomas Carl Rollins, Jr.<br>Mississippi Bar No. 103469<br>The Rollins Law Firm, PLLC<br>774 Avery Blvd, Ste D<br>Ridgeland, MS 39157<br>(601) 500-5533<br>Email: trollins@therollinsfirm.com |
| Trustee: | David Rawlings<br>Post Office Box 566<br>Hattiesburg, MS 39403<br>(601) 582-5011<br>Email: ecfnotices@rawlings13.net |

TFMTG-B1854