United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-00216-KMS |
| Eddie B Bates, Jr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Apr 18, 2025 | Form ID: n031 | Total Noticed: 18 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eddie B Bates, Jr., 4601 D County Farm Rd, Liberty, MS 39645-8118 |
| 5467528 | + | Allied Interstate Llc, Po Box 361445, Columbus, OH 43236-1445 |
| 5467530 | + | Deidre Thomas, 4601 County Farm Rd, Liberty, MS 39645-8118 |
| 5467532 | + | Lawler Foreman, PLLC, P.O. Box 2488, Ridgeland, MS 39158-2488 |
| 5487191 | + | MDES Benefit Pay, P.O. Box 22730, Jackson, MS 39225-2730 |
| 5467534 | + | Nations Law Firm, 9703 Richmond Ave, #200, Houston, TX 77042-4863 |
| 5467535 | + | Safeway Insurance Co, PO Box 98179, Jackson, MS 39298-8179 |
| 5467536 | + | Southern Finance, 2603 Oak Grove Rd, Hattiesburg, MS 39402-8928 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Apr 18 2025 19:23:50 | 21st Mortgage Corporation, c/o Edward E. Lawler, Jr., Lawler Foreman PLLC, Post Office Box 2488, Ridgeland, MS 39158, UNITED STATES 39158-2488 |
| 5467527 | | Email/Text: ebn@21stmortgage.com | Apr 18 2025 19:27:00 | 21st Mortgage Corporation, P.O. Box 477, Knoxville, TN 37901 |
| 5470598 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 18 2025 19:27:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE RD STE 3000, SOUTHFIELD, MI 48034-8331 |
| 5467529 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 18 2025 19:27:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 5467531 | | Email/Text: Bankruptcy.Consumer@dish.com | Apr 18 2025 19:27:00 | Dish Network, PO Box 105169, Atlanta, GA 30348-5169 |
| 5486483 | + | Email/Text: bankruptcy@mdes.ms.gov | Apr 18 2025 19:27:00 | MS DEPT of Employment Security, PO Box 1699, Jackson, MS 39215-1699 |
| 5467533 | + | Email/Text: bknotices@mbandw.com | Apr 18 2025 19:27:00 | McCarthy, Burgesot Wol, 26000 Cannon Rd, Bedford, OH 44146-1807 |
| 5486276 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 18 2025 19:27:00 | Premier Bankcard, LLC; Jefferson Capital Systems L, Jefferson Capital Systems, LLC, PO BOX 7999, St. Cloud, MN 56302-7999 |
| 5475090 | + | Email/Text: stephenbinning@ymail.com | Apr 18 2025 19:27:00 | SOUTHERN FINANCE,LLC., 811-C DELAWARE AVE, MCCOMB,MS 39648-3823 |
| 5467537 | | Email/Text: ana.locke@viasat.com | Apr 18 2025 19:27:00 | Viasat, 6155 El Camino Real, Carlsbad, CA 92009 |

TOTAL: 10

# BYPASSED RECIPIENTS

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Apr 18, 2025 | Form ID: n031 | Total Noticed: 18 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2025                                  Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Edward E. Lawler, Jr. | on behalf of Creditor 21st Mortgage Corporation elawler@mckaylawler.com  kfriday@mckaylawler.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Eddie B Bates  Jr. trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−00216−KMS
**Chapter:** 13

**In re:**

Eddie B Bates Jr.
4601 D County Farm Rd
Liberty, MS 39645

---

### Notice of Entry of Order Confirming Plan

The Court entered an Order on April 18, 2025 (Dkt. # 33 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: April 18, 2025                         Danny L. Miller, Clerk of Court