UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  
EDDIE B BATES, JR  
4601 D County Farm Rd  
Liberty, MS 39645

CHAPTER 13 PROCEEDING:  
25-00216 KMS

## MOTION TO INCREASE PLAN PAYMENT

THAT THE SUM PROPOSED TO BE PAID as a Plan Payment by the Debtor is insufficient to complete the payment of the Plan in the originally scheduled number of months proposed by the Debtor for the following reason: MS Department of Employment Security has filed a secured claim in the amount of $8,243.96 to be paid at 10.00% interest through the plan.

WHEREFORE, TRUSTEE MOVES THE COURT to increase the Debtor's Plan Payment to the sum of $1,243.92 per month beginning with the month of June 27, 2025.

RESPECTFULLY SUBMITTED: May 02, 2025

/s/ DAVID RAWLINGS  
DAVID RAWLINGS, TRUSTEE  
P.O. BOX 566  
HATTIESBURG, MS 39403

## CERTIFICATE OF SERVICE

I, DAVID RAWLINGS, do hereby certify that I have forwarded a true and correct copy of the foregoing Motion to Debtor, Debtor's Attorney and to the U.S. Trustee at the addresses listed below by placing a copy of same in the United States Mail with postage prepaid on this day, May 02, 2025.

DEBTOR:

EDDIE B BATES, JR  
4601 D County Farm Rd  
Liberty, MS 39645

ATTORNEY FOR DEBTOR:

THOMAS C. ROLLINS, JR  
P O Box 13767  
Jackson, MS 39236

U.S. TRUSTEE:

501 East Court Street  
Suite 6-430  
Jackson, MS 39201

/s/ DAVID RAWLINGS  
DAVID RAWLINGS, TRUSTEE