IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Eddie B Bates, Jr., Debtor                              Case No. 25-00216-KMS
CHAPTER 13

**NOTICE**

The above referenced debtor has filed papers with the court to allow payment arrearage. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date:  June 26, 2025        Signature:        /s/ Thomas C. Rollins, Jr.
                                              Thomas C. Rollins, Jr. (MSBN 103469)
                                              Jennifer Ann Curry Calvillo (MSBN 104367)
                                              The Rollins Law Firm, PLLC
                                              P.O Box 13767
                                              Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Eddie B Bates, Jr., Debtor                        Case No. 25-00216-KMS
                                                                             **CHAPTER 13**

**MOTION TO ALLOW PAYMENT ARREARAGE**

COMES NOW, Debtor, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor fell behind on his payments due to the employer not withholding the plan payments. The employer has now started withholding the plan payments.

3. Debtor is requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

4. Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in July 2025.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

   I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was forwarded on June 27, 2025, to:

By Electronic CM/ECF Notice:

  Chapter 13 Case Trustee

  U.S. Trustee

              <u>/s/ Thomas C. Rollins, Jr.</u>
              Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>　EDDIE B BATES, JR | CASE NO: 25-00216<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 6/27/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/27/2025

　　　　　　　　　　　　　　　/s/ Thomas C. Rollins, Jr.
　　　　　　　　　　　　　　　Thomas C. Rollins, Jr.

　　　　　　　　　　　　　　　The Rollins Law Firm
　　　　　　　　　　　　　　　702 West Pine St
　　　　　　　　　　　　　　　Hattiesburg, MS  39401
　　　　　　　　　　　　　　　601 500 5533
　　　　　　　　　　　　　　　trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>EDDIE B BATES, JR | CASE NO: 25-00216<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 6/27/2025, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/27/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE  25-00216<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>THU JUN 26 13-7-13 PST 2025 | 21ST MORTGAGE CORPORATION<br>CO EDWARD E LAWLER  JR<br>LAWLER FOREMAN PLLC<br>POST OFFICE BOX 2488<br>RIDGELAND  MS 39158-2488 | 21ST MORTGAGE CORPORATION  AS SUCCESSO<br>TO U<br>POST OFFICE BOX 2488<br>RIDGELAND  MS 39158-2488 |
| EXCLUDE<br>~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ | (P)21ST MORTGAGE CORPORATION<br>PO BOX 477<br>KNOXVILLE TN 37901-0477 | ALLIED INTERSTATE LLC<br>PO BOX 361445<br>COLUMBUS  OH 43236-1445 |
| CREDIT ACCEPTANCE CORPORATION<br>25505 W 12 MILE RD STE 3000<br>SOUTHFIELD  MI 48034-8331 | CREDIT ACCEPTANCE<br>PO BOX 5070<br>SOUTHFIELD  MI 48086-5070 | DEIDRE THOMAS<br>4601 COUNTY FARM RD<br>LIBERTY  MS 39645-8118 |
| DISH NETWORK<br>PO BOX 105169<br>ATLANTA  GA 30348-5169 | LAWLER FOREMAN  PLLC<br>PO BOX 2488<br>RIDGELAND  MS 39158-2488 | MDES BENEFIT PAY<br>PO BOX 22730<br>JACKSON  MS 39225-2730 |
| MS DEPT OF EMPLOYMENT SECURITY<br>PO BOX 1699<br>JACKSON  MS 39215-1699 | MCCARTHY  BURGESOT WOL<br>26000 CANNON RD<br>BEDFORD  OH 44146-1807 | NATIONS LAW FIRM<br>9703 RICHMOND AVE<br>200<br>HOUSTON  TX 77042-4863 |
| PREMIER BANKCARD  LLC JEFFERSON CAPITAL<br>SYS<br>JEFFERSON CAPITAL SYSTEMS  LLC<br>PO BOX 7999<br>ST CLOUD  MN 56302-7999 | SOUTHERN FINANCE LLC<br>811C DELAWARE AVE<br>MCCOMB MS 39648-3823 | SAFEWAY INSURANCE CO<br>PO BOX 98179<br>JACKSON  MS 39298-8179 |
| SOUTHERN FINANCE<br>2603 OAK GROVE RD<br>HATTIESBURG  MS 39402-8928 | EXCLUDE<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON  MS 39201-5022~~ | (P)VIASAT INTERNET SERVICE<br>ATTN VIASAT INC<br>349 INVERNESS DRIVE SOUTH<br>ENGLEWOOD CO 80112-5882 |
| EXCLUDE<br>~~(P)DAVID RAWLINGS~~<br>~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~<br>~~PO BOX 566~~<br>~~HATTIESBURG MS 39403-0566~~ | DEBTOR<br>EDDIE B BATES JR<br>4601 D COUNTY FARM RD<br>LIBERTY  MS 39645-8118 | EXCLUDE<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM  PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON  MS 39236-3767~~ |