# Proceeding Minutes / Proceeding Memo

**Case #:** 25-00216   **Case Name:** Eddie B Bates, Jr.

**Set:** 07/24/2025 10:00 am   **Chapter:** 13   **Type:** bk   **Judge:** Katharine M. Samson

**matter** Motion for Relief from Stay ., Motion to Compel Abandonment .  Motion for Adequate Protection Filed by Creditor 21st Mortgage Corporation, as successor to United Community Bank (as successor to Reliant, Reliant Bank/ Reliant Bank MH) (Attachments: # 1 Exhibit A - Note and Agreement # 2 Proposed Order)  (Dkt. #42)

Minute Entry Re: (related document(s): [42] Motion for Relief From Stay filed by 21st Mortgage Corporation, as successor to United Community Bank (as successor to Reliant, Reliant Bank/ Reliant Bank MH)) Lawler to submit an Agreed Order. Order due by 08/07/2025. Email received from Lawler's office. (mcc)