

**SO ORDERED,**

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: August 8, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                            BANKRUPTCY CASE NO. 25-00216-KMS
EDDIE B. BATES, JR.

### AGREED ORDER

**THIS MATTER** having come on for consideration on the Motion for Relief from Stay and for Other Relief [Dkt # 42] filed on behalf of the creditor, 21st Mortgage Corporation, as successor to United Community Bank (as successor to Reliant/Reliant Bank/Reliant Bank MH) ("21st Mortgage"), and the Court having considered same and the parties having reached an agreement as to the property, a 2020 Champion manufactured home, the Court does hereby find and order as follows:

**THAT** the Debtor is delinquent in his payments to the Trustee through July, 2025.

**THAT** beginning with the August, 2025 disbursement, the Trustee shall make the ongoing mortgage payments to 21st Mortgage in the amount of $674.58 for March, 2025 (which includes escrow as of the date hereof).

**THAT** should the Debtor become thirty (30) days delinquent in future payments to the Trustee beginning with the August, 2025 payment, 21st Mortgage will give notice of such fact to the Debtor, with a copy to Debtor's attorney and the Trustee. If, within ten (10) days of such notice, the default is not cured, the automatic stay shall immediately terminate as to 21st Mortgage's collateral, without further order of the Court, and 21st Mortgage's collateral will be abandoned from the bankruptcy estate. In connection herewith, 21st Mortgage is not required to give more than two (2) notices of any default by the Debtor(s) within a one (1)-year period from the date of this Order.

**THAT** Debtor's plan shall be and is hereby amended to pay 21st Mortgage attorneys' fees

and court costs in the amount of $599.00 which shall be paid over the remaining term of the plan. The Chapter 13 Trustee shall amend the wage order as needed to comply with the terms of this Agreed Order.

**THAT** the stay provisions of Rules 4001 and 7062 of the Federal Rules of Bankruptcy Procedure shall not apply to the provisions of this Agreed Order.

##End of Order##

AGREED AND APPROVED:

_____
Edward E. Lawler, Jr.
Attorney for 21st Mortgage

/s/ Thomas Carl Rollins, Jr.
_____
Thomas Carl Rollins, Jr.
Attorney for Debtor

/s/Samuel J. Duncan, Atty for
_____
David Rawlings
Chapter 13 Trustee

| | |
|---|---|
| Movant's attorney: | Edward E. Lawler, Jr.<br>Mississippi Bar No. 1095<br>Post Office Box 2488<br>Ridgeland, MS 39158-2488<br>(601) 572-8778<br>Email: elawler@lawlerforeman.com |
| Debtor's attorney: | Thomas Carl Rollins, Jr.<br>Mississippi Bar No. 103469<br>Post Office Box 13767<br>(601) 500-5533<br>Email: trollins@therollinsfirm.com |
| Trustee: | David Rawlings<br>Post Office Box 566<br>Hattiesburg, MS 39403<br>(601) 582-5011<br>Email: ecfnotices@rawlings13.net |

TFMTG-B1909