United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-00216-KMS |
| Eddie B Bates, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Aug 08, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Eddie B Bates, Jr., 4601 D County Farm Rd, Liberty, MS 39645-8118 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 10, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Edward E. Lawler, Jr. | on behalf of Creditor 21st Mortgage Corporation as successor to United Community Bank (as successor to Reliant, Reliant Bank/Reliant Bank MH) elawler@mckaylawler.com, kfriday@mckaylawler.com |
| Edward E. Lawler, Jr. | on behalf of Creditor 21st Mortgage Corporation elawler@mckaylawler.com kfriday@mckaylawler.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Eddie B Bates Jr. trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-3 User: mssbad Page 2 of 2
Date Rcvd: Aug 08, 2025 Form ID: pdf012 Total Noticed: 1
TOTAL: 5



SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: August 8, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  
EDDIE B. BATES, JR.

BANKRUPTCY CASE NO. 25-00216-KMS

## AGREED ORDER

**THIS MATTER** having come on for consideration on the Motion for Relief from Stay and for Other Relief [Dkt # 42] filed on behalf of the creditor, 21st Mortgage Corporation, as successor to United Community Bank (as successor to Reliant/Reliant Bank/Reliant Bank MH) ("21st Mortgage"), and the Court having considered same and the parties having reached an agreement as to the property, a 2020 Champion manufactured home, the Court does hereby find and order as follows:

**THAT** the Debtor is delinquent in his payments to the Trustee through July, 2025.

**THAT** beginning with the August, 2025 disbursement, the Trustee shall make the ongoing mortgage payments to 21st Mortgage in the amount of $674.58 for March, 2025 (which includes escrow as of the date hereof).

**THAT** should the Debtor become thirty (30) days delinquent in future payments to the Trustee beginning with the August, 2025 payment, 21st Mortgage will give notice of such fact to the Debtor, with a copy to Debtor's attorney and the Trustee. If, within ten (10) days of such notice, the default is not cured, the automatic stay shall immediately terminate as to 21st Mortgage's collateral, without further order of the Court, and 21st Mortgage's collateral will be abandoned from the bankruptcy estate. In connection herewith, 21st Mortgage is not required to give more than two (2) notices of any default by the Debtor(s) within a one (1)-year period from the date of this Order.

**THAT** Debtor's plan shall be and is hereby amended to pay 21st Mortgage attorneys' fees

and court costs in the amount of $599.00 which shall be paid over the remaining term of the plan. The Chapter 13 Trustee shall amend the wage order as needed to comply with the terms of this Agreed Order.

**THAT** the stay provisions of Rules 4001 and 7062 of the Federal Rules of Bankruptcy Procedure shall not apply to the provisions of this Agreed Order.

##End of Order##

AGREED AND APPROVED:

_____
Edward E. Lawler, Jr.
Attorney for 21st Mortgage

/s/ Thomas Carl Rollins, Jr.
_____
Thomas Carl Rollins, Jr.
Attorney for Debtor

/s/Samuel J. Duncan, Atty for
_____
David Rawlings
Chapter 13 Trustee

| | |
|---|---|
| Movant's attorney: | Edward E. Lawler, Jr.<br>Mississippi Bar No. 1095<br>Post Office Box 2488<br>Ridgeland, MS 39158-2488<br>(601) 572-8778<br>Email: elawler@lawlerforeman.com |
| Debtor's attorney: | Thomas Carl Rollins, Jr.<br>Mississippi Bar No. 103469<br>Post Office Box 13767<br>(601) 500-5533<br>Email: trollins@therollinsfirm.com |
| Trustee: | David Rawlings<br>Post Office Box 566<br>Hattiesburg, MS 39403<br>(601) 582-5011<br>Email: ecfnotices@rawlings13.net |

TFMTG-B1909