

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 11, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
EDDIE B BATES, JR

BANKRUPTCY CASE NO.
25-00216 KMS

## FINAL ORDER OF DISMISSAL

THIS CAUSE CAME ON FOR CONSIDERATION for a Final Order of Dismissal, pursuant to a previous Order (DK#54), and the Court, being fully advised in the premises does hereby find and Order as follows:

THAT, pursuant to the Agreed Order entered by this Court on July 09, 2025, the Debtor was Ordered by the Court to keep his/her plan payments current.

THAT, Debtor has failed to keep his/her plan payments current.

THIS Chapter 13 proceeding is hereby dismissed.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net