_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 13, 2026**

_____ **The Order of the Court is set forth below. The docket reflects the date entered.** _____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                          CHAPTER 13 PROCEEDING:
  EDDIE B BATES, JR                                                        25-00216 KMS
  4601 D County Farm Rd
  Liberty, MS  39645                                                       SSN:  XXX-XX-5693

### RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

  WALLACE LUMBER CO
  6521 COUNTY LINE RD
  SUMMIT, MS  39666

was required to pay debtor's earnings or a portion thereof to:

  DAVID RAWLINGS, TRUSTEE
  LOCK P.O. BOX 871
  HATTIESBURG, MS  39403
  (601) 582-5011


IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT
DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net