United States Bankruptcy Court

Southern District of Mississippi

In re:

Eddie B Bates, Jr.

    Debtor

Case No. 25-00216-KMS

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3

Date Rcvd: Aug 11, 2026

User: mssbad

Form ID: ntcdsm

Page 1 of 2

Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eddie B Bates, Jr., 4601 D County Farm Rd, Liberty, MS 39645-8118 |
| cr | + | 21st Mortgage Corporation, as successor to United, Post Office Box 2488, Ridgeland, MS 39158, UNITED STATES 39158-2488 |
| 5467528 | + | Allied Interstate Llc, Po Box 361445, Columbus, OH 43236-1445 |
| 5467530 | + | Deidre Thomas, 4601 County Farm Rd, Liberty, MS 39645-8118 |
| 5467532 | + | Lawler Foreman, PLLC, P.O. Box 2488, Ridgeland, MS 39158-2488 |
| 5487191 | + | MDES Benefit Pay, P.O. Box 22730, Jackson, MS 39225-2730 |
| 5467534 | + | Nations Law Firm, 9703 Richmond Ave, #200, Houston, TX 77042-4863 |
| 5467535 | + | Safeway Insurance Co, PO Box 98179, Jackson, MS 39298-8179 |
| 5467536 | + | Southern Finance, 2603 Oak Grove Rd, Hattiesburg, MS 39402-8928 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Aug 11 2026 19:43:01 | 21st Mortgage Corporation, c/o Edward E. Lawler, Jr., Lawler Foreman PLLC, Post Office Box 2488, Ridgeland, MS 39158, UNITED STATES 39158-2488 |
| 5467527 | | Email/Text: ebn@21stmortgage.com | Aug 11 2026 19:45:00 | 21st Mortgage Corporation, P.O. Box 477, Knoxville, TN 37901 |
| 5470598 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 11 2026 19:45:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE RD STE 3000, SOUTHFIELD, MI 48034-8331 |
| 5467529 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 11 2026 19:45:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 5467531 | | EDI: DISH | Aug 11 2026 23:42:00 | Dish Network, PO Box 105169, Atlanta, GA 30348-5169 |
| 5486483 | + | Email/Text: bankruptcy@mdes.ms.gov | Aug 11 2026 19:46:00 | MS DEPT of Employment Security, PO Box 1699, Jackson, MS 39215-1699 |
| 5467533 | + | Email/Text: bknotices@mbandw.com | Aug 11 2026 19:45:00 | McCarthy, Burgesot Wol, 26000 Cannon Rd, Bedford, OH 44146-1807 |
| 5486276 | + | EDI: JEFFERSONCAP.COM | Aug 11 2026 23:42:00 | Premier Bankcard, LLC; Jefferson Capital Systems L, Jefferson Capital Systems, LLC, PO BOX 7999, St. Cloud, MN 56302-7999 |
| 5475090 | + | Email/Text: stephenbinning@ymail.com | Aug 11 2026 19:46:00 | SOUTHERN FINANCE,LLC., 811-C DELAWARE AVE, MCCOMB,MS 39648-3823 |
| 5467537 | | Email/Text: amber.miller@viasat.com | Aug 11 2026 19:45:00 | Viasat, 6155 El Camino Real, Carlsbad, CA 92009 |

TOTAL: 10

District/off: 0538-3                    User: mssbad                    Page 2 of 2
Date Rcvd: Aug 11, 2026                 Form ID: ntcdsm                 Total Noticed: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2026                 Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Edward E. Lawler, Jr. | on behalf of Creditor 21st Mortgage Corporation  as successor to United Community Bank (as successor to Reliant, Reliant Bank/ Reliant Bank MH) elawler@mckaylawler.com, kfriday@mckaylawler.com |
| Edward E. Lawler, Jr. | on behalf of Creditor 21st Mortgage Corporation elawler@mckaylawler.com  kfriday@mckaylawler.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Eddie B Bates  Jr. trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 6

Form ntcdsm (Rev. 12/23)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.:  25−00216−KMS
Chapter:  13

In re:

    Eddie B Bates Jr.
    4601 D County Farm Rd
    Liberty, MS 39645

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
    xxx−xx−5693

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on August 11, 2026.

Dated: 8/11/26

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600